IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RODDEN, | 2:10-cv-00628-MCE-TJB |
| Petitioner, | |
| vs. | ORDER |
| WARDEN, AVENAL STATE PRISON | |
| Respondent. | |
| _____/ | |

    Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 1, 2011, Magistrate Judge Bommer filed findings and recommendations which recommended that the habeas petition be denied.  The findings and recommendations was served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  No party filed objections to the findings and recommendations.

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the June 1, 2011 findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 1, 2011 (ECF No. 17) are ADOPTED in full;
2. Petitioner's petition for writ of habeas corpus is DENIED;
3. A certificate of appealability shall not issue; and
4. The Clerk is directed to close the case.

Dated: July 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE